**STATEMENT OF FACTS**

On Monday, January 24, 2011, Timothy Palchak, a Detective with the Metropolitan Police Department, was acting in an undercover capacity as part of a multi- jurisdictional MPD- FBI Child Exploitation task force. Detective Palchak was operating out of a satellite office in Washington, DC. On January 24, 2011, at approximately 2:47 p.m. Detective Palchak , ("UC") entered a predicated social network site, having described himself in his "profile" indicating a sexual desire for taboo sexual activity to include young ("no limits"), and saw a message from the defendant using the screen name "mascdcpozhole". The defendant indicated that he had "no limits when slammed" (when high on meth).

During the course of the conversation, the UC informed the defendant that he had access to a 13 year-old boy who was coming to Washington, D.C. after school from Virginia. The defendant expressed interest in meeting for the purpose of engaging in anal sex with the child. The defendant stated "he can fuk and seed me". The defendant also stated that he "slams" (uses "meth" intravenously). The defendant and the UC agreed to meet at a prearranged location in Washington, D.C. The defendant stated that he resided in Dupont Circle.

At approximately 4:00 p.m., the defendant arrived at the pre arranged location and was placed under arrest by members of the MPD-FBI Child Exploitation Task Force.

The defendant waived his Miranda rights and admitted that he traveled from Dupont Circle to the prearranged location in Washington D.C. knowing that a 13 year-old child could have been present.

_____
DETECTIVE TIMOTHY PALCHAK
METROPOLITAN POLICE DEPARTMENT

Subscribed and sworn to before me this _____ day of January, 2011.

_____
U.S. MAGISTRATE JUDGE