UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR - 1 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA, : CRIMINAL NO.
:
v. :
:
: VIOLATIONS: 18 U.S.C. § 2422(a),
**JOSEPH STANKAVAGE** : (Persuading or Coercing To Travel for
Which a Person Can Be Charged with a
Criminal Offense)

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Joseph Stankavage, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty.

1. On January 24, 2011, at approximately 2:47 in the afternoon, a Detective (hereinafter referred to as "UC") with the Metropolitan Police Department, who was acting in an undercover capacity as part of a multi- jurisdictional MPD- FBI Child Exploitation task force, entered a predicated social network site, having described himself in his "profile" indicating a sexual desire for taboo sexual activity to include young ( "no limits"), and saw a message from the defendant using the screen name "mascdcpozhole". The defendant indicated that he had "no limits when slammed" (when high on meth.)

During the course of the conversation, the UC informed the defendant that he had access to a 13 year-old boy who was coming to D.C. after school from Virginia to have sex with the UC. The defendant expressed interest in meeting for the purpose of engaging in sex with the UC and

to engage in anal sex with the child. The defendant who was under the influence of drugs, agreed to engage in sex with the child. The defendant also stated that he "slams" ( uses "meth" intravenously and the UC agreed to provide the defendant with "meth.") The defendant and the UC agreed to meet at a prearranged location in Washington, D.C. At approximately 4:00 p.m., the defendant arrived at the pre arranged location and was placed under arrest by members of the MPD-FBI Child Exploitation Task Force.

The defendant waived his <u>Miranda</u> rights and admitted that he traveled from Dupont Circle to the prearranged location in Washington D.C. knowing that a thirteen year-old child could have been present.

_____  _____
JULIEANNE HIMELSTEIN          MARY PETRAS, ESQ.
Assistant United States Attorney   Attorney for Defendant

                              _____
                              JOSEPH STANKAVAGE
                              Defendant

_____   _____
Date  3-1-11                  Date

## DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have discussed it with my attorney, Mary Petras, Esq. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date _____    _____
                                   JOSEPH STANKAVAGE
                                   Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense, and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 3-1-11

MARY PETRAS, ESQ.
Attorney for Defendant Joseph Stankavage